THOMAS A. MARINO  
United States Attorney  
G. MICHAEL THIEL  
Assistant U.S. Attorney  
311 Wm. J. Nealon Federal Building  
Washington & Linden  
Scranton, PA  18503  
Phone:  (570)348-2800  

Attorneys for Plaintiff  

UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF PENNSYLVANIA  

| UNITED STATES OF AMERICA, | ) | 3:CV-00-1407 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| V. | ) | SATISFACTION OF JUDGMENT |
| | ) | (Kane, J.) |
| | ) | |
| AVIS A. MILLER, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on October 11, 2000, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  August 17, 2006

                                    THOMAS A. MARINO  
                                    United States Attorney

                                    /s G. MICHAEL THIEL  
                                    G. MICHAEL THIEL  
                                    Assistant U.S. Attorney

                                    KAREN M. MUSLOSKI  
                                    Paralegal Specialist